# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

132025-6(98)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PRISCILLA SCHWARZE, as Conservator of CARL
SCHWARZE and PRISCILLA SCHWARZE,
Individually,
   Plaintiff-Appellee,

and

THOMAS SCHWARZE, as Personal Representative
of the ESTATE OF THOMAS SCHWARZE,
   Intervening Plaintiff,

v

MARY DILWORTH and AUTO-OWNERS
INSURANCE COMPANY,
   Defendants-Appellants,

and

DAVID MICHAEL FOWLER and HUGH
EDWARD DILWORTH,
   Defendants.

SC: 132025-6
COA: 257467, 257511
Wayne CC: 01-134972-CK

_____/

  On order of the Court, the motion for reconsideration of this Court's September 10, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

d1119

Clerk